Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN BOYD,<br><br>　　　　Plaintiff<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>　　　　Defendant. | Case No.: 3:15-CV-00215-WHO<br><br>**ORDER GRANTING REQUEST TO APPEAR FOR INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

1
2   Defendant's Request to Appear at the Case Management Conference by
3   telephone on April 14, 2015 is hereby granted.
4
5   **IT IS SO ORDERED.**
6   DATED: April 9, 2015
7   _____
    **HONORABLE WILLIAM H. ORRICK**
    UNITED STATES DISTRICT JUDGE

1

ORDER RE REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO.: 3:15-CV-00215-WHO