# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN BOYD,<br><br>          Plaintiff,<br>v.<br><br>MEDICREDIT, INC.,<br><br>          Defendant. | Case No: 3:15-CV-00215-WHO<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>DATE: APRIL 14, 2015<br>TIME: 2:00 PM<br>COURTROOM: 2, 17TH FLOOR |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court grants Plaintiff's counsel's request to appear telephonically at the Case Management Conference on April 14, 2015 at 2:00 PM.

Dated: April __10__, 2015



By: _____
Hon. William H. Orrick
United States District Judge

*HYDE & SWIGART*
*San Diego, California*